AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF

UNITED STATES OF AMERICA
V.
Dennis Evans

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07-M-00101A

I, Dennis R. Evans, charged in a ☒ complaint ☐ petition pending in this District with Armed Bank Robbery. in violation of Title 18., U.S.C., 2113(a) + (d).,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

[signature]
*Defendant*

10/11/07
*Date*

[signature]
*Counsel for Defendant*