IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 1:07-MJ-101A |
| | ) | |
| DENNIS EVANS | ) | |

SECOND MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and moves to exclude the period of December 10, 2007 through February 7, 2008 from the thirty-day period within which an indictment or information must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this motion, the government states as follows:

1. Counsel for the government and for the defendant are currently engaged in plea negotiations which may lead to a prompt resolution of the matter by way of information, thereby conserving judicial resources.

2. Counsel for the government has provided counsel for the defendant with a letter outlining the proposed terms of a plea agreement. Counsel for the defendant and for the government have been engaged in discussions over the terms. Additional time is necessary in the hopes of finalizing the terms.

3. In a telephone message left for government's counsel on December 6, 2007, counsel for the defendant stated he had no objection to a 60-day extension.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh both the interest of the defendant and the interest of the public in a speedy indictment and/or trial.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

**CERTIFICATION**

I hereby certify that on the 7th day of December, 2007, I electronically filed and served the Within Second Motion To Exclude Time Under The Speedy Trial Act to:

Richard K. Corley, Esq.
Law Offices
127 Dorrance Street, 2nd Floor
Providence, RI 02903

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680