**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **Case No.: 1:07MJ101A** |
| | ) | |
| **DENNIS EVANS** | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT**

Now comes the Defendant, Dennis Evans, through counsel, and hereby moves this Honorable Court to grant leave to file his objections to Pre-Sentence Report on or before June 13, 2008. In support of same, Defendant states that Defense Counsel has been preparing for another matter in Superior Court and Defense Counsel will be unavailable most of the week of June 1st, 2008.

Respectfully Submitted,

Dated: May 29, 2008

**DENNIS EVANS**

By His Attorneys,

/s/____________________

Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

**CERTIFICATION**

I hereby certify that on this 29 day of May 2008, I caused a true copy of the within Defendant's Motion for Extension of Time to File Objections to Pre-Sentence Report to be served electronically upon:

Kenneth P. Madden
Assistant U. S. Attorney
Federal Building
One Exchange Terrace
Providence, RI 02903

/s/______________________________
Richard K. Corley